UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Sharon J. Langton
      Plaintiff

V.                                CA:05-131S

Jo Anne B. Barnhart, Commissioner,
Social Security Administration
      Defendant

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on December 29, 2006 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Motion to Reverse is granted to the extent that this matter be remanded to the Commissioner for a new hearing to determine whether Plaintiff continued to be under a disability after June 12, 2003 and Defendant's Motion to Affirm is Denied.

BY ORDER:

_Loren/Saldwell_
DEPUTY CLERK

ENTER:

_William E. Smith_
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 1/18/07